IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

| | |
|---|---|
| **MIKE AND LEONIE HEFLEY,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **v.** ) | No. 1:24-CV-01156-JPM-atc |
| ) | District Judge Jon Phipps McCalla |
| **ACUITY, A MUTUAL INSURANCE** ) | Magistrate Judge Annie T. Christoff |
| **COMPANY,** ) | |
| ) | |
| **Defendant.** ) | |

## RENEWED MOTION TO ENFORCE SETTLEMENT AGREEMENT

Comes now the defendant, Acuity, A Mutual Insurance Company (hereinafter "Acuity"), by and through its undersigned counsel, and hereby files this Renewed Motion to Enforce Settlement. As explained in more detail below, the undersigned counsel mistakenly listed the settlement date as February 8, 2025, in Acuity's Motion to Enforce Settlement. [Doc. 34]. Based upon counsel's unfortunate error, Acuity hereby renews its Motion and moves this Honorable Court to enforce the Settlement Agreement entered into on February 13, 2025 ("the Settlement"), by Acuity and the plaintiffs, Mike and Leonie Hefley ("Plaintiffs"). As more fully set out in the contemporaneously filed Memorandum of Law, Acuity would show unto this Court as follows:

1. On January 25, 2025, Plaintiffs' counsel made a settlement offer to Acuity, via email, to settle the "claims for the roof, fence and additional structure" for $99,500.00, with the express authority of the Plaintiffs. A true and exact copy of these emails are attached as **Exhibit A**. On February 11, 2025, Acuity's counsel made a counteroffer of $20,000.00. A true and exact copy of this email is attached as **Exhibit B**.

AU Hefley Mot Enforce Sett Agr 250313

2. Subsequently, on February 13, 2025, counsel continued negotiations via telephone and a Settlement was reached between the parties for an amount of $27,000.00. See Affidavit of counsel attached as **Exhibit C**. This Settlement was memorialized in an email from Plaintiffs' counsel. Id. As part of the Settlement, Plaintiffs agreed to dismiss this lawsuit with prejudice.

3. However, on March 6, 2025, Plaintiffs' counsel advised that Plaintiffs no longer wished to settle the claims and attempted to withdraw their acceptance of the Settlement. Id.

4. Acuity previously filed a Motion to Enforce the Settlement on March 20, 2025. [Doc. 34]. The Court denied the Motion because Acuity failed to show that there was a settlement agreement reached on February 8, 2025, and further, offered a counteroffer on February 11, 2025. [Doc. 35].

5. Upon entry of the Court's Order, the undersigned counsel for Acuity regrettably realized that there were two errors made in Acuity's Motion. First, counsel mistakenly failed to attach the proper email exhibit showing that a Settlement was reached on February 13, 2025. [See Doc. 34-2]. Counsel has corrected this error, and the proper email is now attached to Exhibit C.

6. Second, the undersigned counsel for Acuity mistakenly listed the date of the Settlement Agreement as February 8, 2025, when the Settlement was reached on February 13, 2025. Specifically, counsel's outlook email incorrectly showed that Plaintiffs' counsel confirmed the settlement on February 8, 2025, and unfortunately, counsel did not catch the error prior to filing the Motion. However, as shown in the attached affidavit, the email was actually sent on February 13, 2025. See Affidavit of counsel attached as Exhibit C.

7.  Accordingly, Acuity now seeks to renew its Motion to Enforce the Settlement based upon the corrected information and respectfully requests the Court enforce the Settlement entered into by the parties on February 13, 2025.

8.  As explained in more detail in its Memorandum, Acuity contends the parties agreed to the essential terms of the Settlement, and Plaintiffs' counsel, while acting on their behalf, agreed to the express terms and are binding on Plaintiffs. See Exhibits A-C.

**WHEREFORE,** Acuity respectfully requests this Honorable Court grant Acuity's Motion and enforce the Settlement previously reached by the parties on February 13, 2025. Upon execution of the Release Agreement, Acuity respectfully requests the Court order that the parties file a Joint Agreed Order of Dismissal, dismissing this case with prejudice, pursuant to the terms of the Settlement.

Respectfully submitted,

/s/ Hannah J. Leifel
**PARKS T. CHASTAIN**
Registration No. 13744
DIRECT: (615) 630-7717
(615) 256-8787, Ext. 114
pchastain@bkblaw.com
**HANNAH J. LEIFEL**
Registration No. 038632
DIRECT: (615) 630-7722
(615) 256-8787, Ext. 152
hleifel@bkblaw.com
Attorneys for Defendants, Acuity, A Mutual Insurance Company, Brad Cookson, Associated Adjusters Network, Inc., and Steve Denton

**BREWER, KRAUSE, BROOKS, CHASTAIN & MEISNER, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN 37228

## Certificate of Consultation

On March 19, 2025, the undersigned consulted with Drayton Berkley, counsel for Plaintiffs, concerning the relief requested in this motion, who advised that he is not in a position to consent or object to the Motion.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2025, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via email or by regular U. S. Mail. Parties may access this file through the court's electronic filing system.

Drayton Berkley, Esquire
The Berkley Law Finn, PLLC
1255 Lynnfield Road, Suite 226
Memphis, TN 38119
attomeyberkley@gmail.com

/s/ Hannah J. Leifel
**HANNAH J. LEIFEL**