# Hannah Leifel

| | |
|---|---|
| **From:** | Mike Hefley <mlneaj@yahoo.com> |
| **Sent:** | Wednesday, January 29, 2025 9:07 PM |
| **To:** | drayton berkley |
| **Cc:** | Hannah Leifel |
| **Subject:** | Re: Hefley v. Acuity |

Please move forward. I want to get this matter resolved. Thank you for your work.

Leonie Hefley

> On Jan 25, 2025, at 2:13 AM, drayton berkley <attorneyberkley@gmail.com> wrote:
>
> Hannah:
>
> In an effort to get this matter closed, we will demand the sum of $99,500 to compromise and settle the Hefley's claims for the roof, fence, and additional structure.
>
> Drayton D. Berkley
>
> --
> *This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.* Berkley Law Firm, PLLC, 1255 Lynnfield Road Ste 226 Memphis, TN 38119, 901-322-8706 or email: attorneyberkley@gmail.com
>
> *Attorney Berkley*
>
> *901.322.8706 (office)*
>
> *901.881.0316 (fax)*