**Hannah Leifel**

| | |
|---|---|
| **From:** | Hannah Leifel |
| **Sent:** | Tuesday, February 11, 2025 12:23 PM |
| **To:** | drayton berkley |
| **Subject:** | RE: Hefley v. Acuity |

Hi Drayton,

Acuity will counter your demand at $20,000.00. Please let me know if you would like to discuss.

**Hannah J. Leifel**
*Attorney at Law*



*545 Mainstream Drive, Suite 101, Nashville, TN 37228-1209*
*Website: www.bkblaw.com*
*Direct: 615-630-7722  Fax: 615-256-8985*

*NOTICE: This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail so that our address record can be corrected.*

*If you are a client of this firm, we respectfully remind you that to avoid waiver of the attorney-client privilege, you should not send, forward, or show this email or attachments to anyone else.  Thank you.*

---

**From:** drayton berkley <attorneyberkley@gmail.com>
**Sent:** Saturday, January 25, 2025 2:13 AM
**To:** Hannah Leifel <hleifel@bkblaw.com>
**Subject:** Hefley v. Acuity

Hannah:

In an effort to get this matter closed, we will demand the sum of $99,500 to compromise and settle the Hefley's claims for the roof, fence, and additional structure.

Drayton D. Berkley

--
        This message contains confidential information and is intended only for the
individual named. If you are not the named addressee you should not disseminate,
distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have

*received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.* Berkley Law Firm, PLLC, 1255 Lynnfield Road Ste 226 Memphis, TN 38119, 901-322-8706 or email: attorneyberkley@gmail.com

Attorney Berkley

901.322.8706 (office)

901.881.0316 (fax)