IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

MIKE AND LEONIE HEFLEY, )
  )
    Plaintiffs, )
 )
v. ) No. 1:24-CV-01156-JPM-atc
 ) District Judge Jon Phipps McCalla
ACUITY, A MUTUAL INSURANCE ) Magistrate Judge Annie T. Christoff
COMPANY, )
 )
    Defendant. )

### AFFIDAVIT OF HANNAH J. LEFIEL

Comes now Hannah J. Leifel, under oath, and based upon personal knowledge, states as follows:

1. I am the attorney for the defendant, Acuity, A Mutual Insurance Company, in this action.

2. On February 13, 2025, Plaintiffs' counsel and I participated in settlement discussions via telephone. Based upon my cellphone records, Plaintiffs' counsel and I reached a settlement agreement on February 13, 2025, at or around 4:02 p.m.

3. I received an email from Plaintiffs' counsel, Drayton Berkley, dated February 13, 2025, timestamped at 7:30 p.m., confirming that this was settled for $27,000.00. A true and exact copy of the email is attached as **Exhibit A**.

4. On February 28, 2025, I sent a Release and Agreed Order of Dismissal with Prejudice to Plaintiffs' counsel to memorialize the Settlement between the parties. A true and exact copy of the email is attached as **Exhibit B**.

5. On March 6, 2025, Plaintiffs' counsel emailed me and advised that his clients no longer wished to settle the claims. A true and exact copy of the email is attached

as **Exhibit C**. On March 6, 2025, I called Plaintiffs' counsel, and he advised that his clients did not want to dismiss the lawsuit with prejudice so that they could potentially re-file the lawsuit with new counsel.

6. On March 20, 2025, I filed a Motion to Enforce the Settlement Agreement, but inadvertently listed the settlement date as February 8, 2025, based upon the date that showed up in my outlook email. As shown in the below screenshot, my outlook email improperly listed the date of the settlement as February 8, 2025:

---

From: drayton berkley <attorneyberkley@gmail.com>
Sent: Saturday, February 8, 2025 3:08 PM
To: Hannah Leifel <hleifel@bkblaw.com>
Subject: hefley v. acuity

this confirms we have settled this matter for $27,000.00.  Please made the settlement check payable to Drayton D. Berkley IOLTA.


I also enclose our w-9


--

---

7. I inadvertently relied upon this saved email string, attached hereto as Exhibit B and Exhibit C, in drafting the Motion to Enforce the Settlement, which resulted in the settlement date being accidentally listed as February 8, 2025.

8. However, the date the email was actually sent by Plaintiffs' counsel was February 13, 2025 as shown in Exhibit A. Upon further investigation, it appears there is a glitch in my outlook such that when I saved the email strings (Exhibit B and Exhibit C), the date is incorrectly listed as February 8, 2025, but when I save the single email, the date is properly listed as February 13, 2025, as shown in Exhibit A.

FURTHER AFFIANT SAYETH NOT.

*[signature]*

**HANNAH J. LEIFEL**

STATE OF TENNESSEE )

COUNTY OF DAVIDSON )

Personally appeared before me, the undersigned, a Notary Public, in and for said county and state, the within named, Hannah J. Leifel, with whom I am personally acquainted (or upon the basis of satisfactory evidence presented to me), who, after being duly sworn, made oath that he executed the foregoing for the purposes therein contained.

WITNESS my hand and official seal this 20th day of March, 2025.

*[Notary seal: ERIN COSTIGAN, STATE OF TENNESSEE NOTARY PUBLIC, DAVIDSON COUNTY, MY COMMISSION EXPIRES 9-5-2028]*

*[signature]*

NOTARY PUBLIC

My Commission Expires: 9/5/2028

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of March, 2025, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via email or by regular U. S. Mail. Parties may access this file through the court's electronic filing system.

Drayton Berkley, Esquire
The Berkley Law Finn, PLLC
1255 Lynnfield Road, Suite 226
Memphis, TN 38119
attomeyberkley@gmail.com

/s/ Hannah J. Leifel
**HANNAH J. LEIFEL**

# EXHIBIT A

# Hannah Leifel

**From:** Hannah Leifel
**Sent:** Thursday, March 20, 2025 12:51 PM
**To:** Hannah Leifel
**Subject:** Fw: hefley v. acuity
**Attachments:** w-9.pdf

---

**From:** drayton berkley
**Sent:** Thursday, February 13, 2025 7:20 PM
**To:** Hannah Leifel
**Subject:** hefley v. acuity

this confirms we have settled this matter for $27,000.00. Please made the settlement check payable to Drayton D. Berkley IOLTA.

I also enclose our w-9

--

*This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version. Berkley Law Firm, PLLC, 1255 Lynnfield Road Ste 226 Memphis, TN 38119, 901-322-8706 or email: attorneyberkley@gmail.com*

*Attorney Berkley*

*901.322.8706 (office)*

*901.881.0316 (fax)*

1

# EXHIBIT B

**Hannah Leifel**
___

**From:** Hannah Leifel
**Sent:** Friday, February 28, 2025 10:56 AM
**To:** drayton berkley
**Subject:** RE: hefley v. acuity
**Attachments:** AU Hefley Agrd Ord Dismissal 250228.docx; AU Hefley Mutual Rel 250224.docx


Please let me know if you agree or have any changes.

**Hannah J. Leifel**
*Attorney at Law*



BREWER KRAUSE BROOKS
CHASTAIN & MEISNER
PLLC

545 Mainstream Drive, Suite 101, Nashville, TN 37228-1209
Website: www.bkblaw.com
Direct: 615-630-7722  Fax: 615-256-8985

NOTICE: This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail so that our address record can be corrected.

If you are a client of this firm, we respectfully remind you that to avoid waiver of the attorney-client privilege, you should not send, forward, or show this email or attachments to anyone else. Thank you.


**From:** drayton berkley <attorneyberkley@gmail.com>
**Sent:** Thursday, February 20, 2025 4:45 PM
**To:** Hannah Leifel <hleifel@bkblaw.com>
**Subject:** Re: hefley v. acuity

We have not seen the release or Agreed order of dismissal to review.   It has been almost two weeks now.

On Fri, Feb 14, 2025 at 12:14 PM Hannah Leifel <hleifel@bkblaw.com> wrote:

> Hi Drayton,
>
>
>
> Just wanted to give you a heads up - The policy has two mortgage companies listed, Bank of America and Commercial Bank and Trust Co. So, per Tennessee statute, Acuity will need to list them on the check as well. Let me know if that is incorrect.

1

I will get you a release and agreed order of dismissal to review early next week.

**Hannah J. Leifel**

*Attorney at Law*



BREWER KRAUSE BROOKS CHASTAIN & MEISNER PLLC

545 Mainstream Drive, Suite 101, Nashville, TN 37228-1209

Website: www.bkblaw.com

Direct: 615-630-7722  Fax: 615-256-8985

NOTICE: This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail so that our address record can be corrected.

If you are a client of this firm, we respectfully remind you that to avoid waiver of the attorney-client privilege, you should not send, forward, or show this email or attachments to anyone else. Thank you.

**From:** drayton berkley <attorneyberkley@gmail.com>
**Sent:** Saturday, February 8, 2025 3:08 PM
**To:** Hannah Leifel <hleifel@bkblaw.com>
**Subject:** hefley v. acuity

this confirms we have settled this matter for $27,000.00. Please made the settlement check payable to Drayton D. Berkley IOLTA.

2

I also enclose our w-9

--

*This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version. Berkley Law Firm, PLLC, 1255 Lynnfield Road Ste 226 Memphis, TN 38119, 901-322-8706 or email: attorneyberkley@gmail.com*

*Attorney Berkley*

*901.322.8706 (office)*

*901.881.0316 (fax)*

--

*This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version. Berkley Law Firm, PLLC, 1255 Lynnfield Road Ste 226 Memphis, TN 38119, 901-322-8706 or email: attorneyberkley@gmail.com*

*Attorney Berkley*

*901.322.8706 (office)*

*901.881.0316 (fax)*

# EXHIBIT C

**Hannah Leifel**

| | |
|---|---|
| **From:** | drayton berkley <attorneyberkley@gmail.com> |
| **Sent:** | Thursday, March 6, 2025 9:34 AM |
| **To:** | Hannah Leifel |
| **Subject:** | Re: hefley v. acuity |

This is a follow up to my voice mail of this morning.    Please change the designation of the stipulation of dismissal to without prejudice and you can stop the issuance on the settlement check
Sent from my iPhone

> On Feb 28, 2025, at 11:43 AM, drayton berkley <attorneyberkley@gmail.com> wrote:
>
> Pretty standard release
> Sent from my iPhone
>
>> On Feb 28, 2025, at 10:56 AM, Hannah Leifel <hleifel@bkblaw.com> wrote:
>>
>> Please let me know if you agree or have any changes.
>>
>> **Hannah J. Leifel**
>> *Attorney at Law*
>>
>> <image001.png>
>>
>> *545 Mainstream Drive, Suite 101, Nashville, TN 37228-1209*
>> *Website: www.bkblaw.com*
>> *Direct: 615-630-7722  Fax: 615-256-8985*
>>
>> *NOTICE: This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail so that our address record can be corrected.*
>>
>> *If you are a client of this firm, we respectfully remind you that to avoid waiver of the attorney-client privilege, you should not send, forward, or show this email or attachments to anyone else.  Thank you.*
>>
>> **From:** drayton berkley <attorneyberkley@gmail.com>
>> **Sent:** Thursday, February 20, 2025 4:45 PM
>> **To:** Hannah Leifel <hleifel@bkblaw.com>
>> **Subject:** Re: hefley v. acuity

1

We have not seen the release or Agreed order of dismissal to review. It has been almost two weeks now.

On Fri, Feb 14, 2025 at 12:14 PM Hannah Leifel <hleifel@bkblaw.com> wrote:

> Hi Drayton,
>
> Just wanted to give you a heads up - The policy has two mortgage companies listed, Bank of America and Commercial Bank and Trust Co. So, per Tennessee statute, Acuity will need to list them on the check as well. Let me know if that is incorrect.
>
> I will get you a release and agreed order of dismissal to review early next week.
>
> **Hannah J. Leifel**
>
> *Attorney at Law*
>
> <image001.png>
>
> *545 Mainstream Drive, Suite 101, Nashville, TN 37228-1209*
>
> *Website: www.bkblaw.com*
>
> *Direct: 615-630-7722  Fax: 615-256-8985*
>
> *NOTICE: This electronic mail transmission may constitute an attorney-client communication that is privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail so that our address record can be corrected.*
>
> *If you are a client of this firm, we respectfully remind you that to avoid waiver of the attorney-client privilege, you should not send, forward, or show this email or attachments to anyone else. Thank you.*

**From:** drayton berkley <attorneyberkley@gmail.com>
**Sent:** Saturday, February 8, 2025 3:08 PM
**To:** Hannah Leifel <hleifel@bkblaw.com>
**Subject:** hefley v. acuity

this confirms we have settled this matter for $27,000.00. Please made the settlement check payable to Drayton D. Berkley IOLTA.

I also enclose our w-9

--

*This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version. Berkley Law Firm, PLLC, 1255 Lynnfield Road Ste 226 Memphis, TN 38119, 901-322-8706 or email: attorneyberkley@gmail.com*

Attorney Berkley

901.322.8706 (office)

901.881.0316 (fax)

--

3

*This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secured or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version. Berkley Law Firm, PLLC, 1255 Lynnfield Road Ste 226 Memphis, TN 38119, 901-322-8706 or email: attorneyberkley@gmail.com*

*Attorney Berkley*

*901.322.8706 (office)*

*901.881.0316 (fax)*

<AU Hefley Agrd Ord Dismissal 250228.docx>
<AU Hefley Mutual Rel 250224.docx>

4