IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE

MIKE AND LEONIE HEFLEY

Plaintiff

v.

ACUITY, A MUTUAL INSURANCE COMPANY, ET AL

Defendants

)
)
)
)
)
)
)
)
)

No.: 1:24-cv-01156-STA-jay

## NOTICE OF ATTORNEY LIEN

**COMES NOW** the undersigned Plaintiff's counsel by and through Rule of Professional 1.5 and 1.8, Tennessee common law retaining lien and charging lien law, and Tenn. Code Ann § 23-2-102 and § 23-2-103 for an award of his legal fees and expenses pursuant to contract or *quantum meruit* or equitable division *quantum meruit* in this action or any other related state or federal court action or out of court settlement.

Respectfully submitted,

 **/s/Drayton D. Berkley**
Drayton D. Berkley, Esq.(022601)
Berkley Law Firm, PLLC
1255 Lynnfield Ste 226
Memphis, TN 38119
attorneyberkley@gmail.com
*Attorney for Plaintiff*
P.O. Box 771048
Memphis, TN 38177

1

## CERTIFICATE OF SERVICE

I, the undersigned attorney, do hereby certify that the foregoing document has been served upon the following counsel of record or parties pro se in this cause **ONLY BY ELECTRONIC TRANSMISSION** to the following:


PARKS T. CHASTAIN
HANNAH LIEFEL
BREWER, KRAUSE, BROOKS, CHASTAIN & MEISNER, PLLC
545 Mainstream Drive, Suite 101
Nashville, TN 37228
Acuity, A Mutual Insurance Company and Brad Cookson

Lewis Cobb
Spragins, Barnett, & Cobb
312 East Lafayette Street
Jackson, TN 38301
Substitute Counsel for Plaintiffs


This, the 5th day of April 2025.


                **/s/Drayton D. Berkley**
               **Drayton D. Berkley**