# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### AT MEMPHIS

| | | |
|---|---|---|
| **MIKE AND LEONIE HEFLEY,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:24-CV-01156-JPM-atc** |
| | ) | **District Judge Jon Phipps McCalla** |
| **ACUITY, A MUTUAL INSURANCE** | ) | **Magistrate Judge Annie T. Christoff** |
| **COMPANY** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF PLAINTIFFS' FAILURE TO RESPOND TO SHOW CAUSE ORDER AND REQUEST FOR ORDER GRANTING MOTION TO ENFORCE SETTLEMENT

Comes now the defendant, Acuity, A Mutual Insurance Company ("Acuity") and hereby requests this Honorable Court grant its Motion to Enforce Settlement Agreement entered into on February 13, 2025. As stated at length in Acuity's Renewed Motion to Enforce filed on March 20, 2025 [Docs. 36 and 36-4], the Parties entered into a valid and enforceable Settlement Agreement on February 13, 2025. Plaintiffs have not filed a Response in Opposition to Acuity's Motion and failed to file a Response to the Court's Show Cause Order [Doc. 41].

For the reasons provided in Acuity's Motion and Plaintiffs' failure to file a response in opposition, Acuity respectfully requests the Court enter an Order granting its Motion to Enforce the Settlement Agreement.

Respectfully submitted,

/s/ Hannah J. Leifel
**PARKS T. CHASTAIN**
Registration No. 13744
DIRECT: (615) 630-7717
(615) 256-8787, Ext. 114

AU Hefley Not Failure to Resp 250513

pchastain@bkblaw.com
**HANNAH J. LEIFEL**
Registration No. 038632
DIRECT: (615) 630-7722
(615) 256-8787, Ext. 152
hleifel@bkblaw.com
Attorneys for Defendants, Acuity, A Mutual
Insurance Company, Brad Cookson, Associated
Adjusters Network, Inc., and Steve Denton

**BREWER, KRAUSE, BROOKS,
CHASTAIN & MEISNER, PLLC**
545 Mainstream Drive, Suite 101
Nashville, TN 37228

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of May, 2025, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via email or by regular U. S. Mail. Parties may access this file through the court's electronic filing system.

Lewis L. Cobb, Jr., Esquire
Spragins, Barnett & Cobb, PLC
312 East Lafayette
P. O. Box 2004
Jackson, TN 38302
lewiscobb@spraginslaw.com

/s/ Hannah J. Leifel
**HANNAH J. LEIFEL**