IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| MIKE HEFLEY and LEONIE HEFLEY,       )<br>                                                                 )<br>         Plaintiffs,                                        )<br>                                                                 )<br>v.                                                               )<br>                                                                 )<br>ACUITY, A MUTUAL INSURANCE     )<br>COMPANY,                                            )<br>                                                                 )<br>         Defendant.                                      ) | Case No. 1:24-cv-01156-JPM-atc |

**ORDER REQUIRING REPLY FROM DEFENDANT**

On March 20, 2025, Defendant Acuity, A Mutual Insurance Company, ("Defendant") moved the Court to enforce a settlement agreement reportedly reached between the Parties via counsel on February 13, 2025. (ECF No. 36-4 at PageID 251.) Plaintiffs Mike Hefley and Leonie Hefley (collectively, "Plaintiffs") filed an untimely Response in Opposition that raised issues not covered in Defendant's Motion, including an alleged lack of authority for Plaintiffs' then-counsel to engage in the settlement negotiations. (ECF No. 44.) To ensure all relevant issues are fully briefed, Defendant is **ORDERED** to file a reply brief to Plaintiffs' Response no later than **July 11, 2025**.

**SO ORDERED**, this 3rd day of July, 2025,

                                                                              */s/ Jon P. McCalla*
                                                                              JON P. McCALLA
                                                                              UNITED STATES DISTRICT JUDGE