**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

---

MIKE HEFLEY and
LEONIE HEFLEY,

     Plaintiffs,

v.                                       Case No. 1:24-cv-1156-MSN-atc

ACUITY, A MUTUAL INSURANCE COMPANY,

     Defendant.

---

## JUDGMENT

---

**JUDGMENT BY COURT.** This action came before the Court on Defendant's Notice of Removal (ECF No. 1), filed July 23, 2024.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Stipulation of Dismissal with Prejudice (ECF No. 57), filed September 17, 2025, this matter is hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees, court costs, and discretionary costs.

**APPROVED:**

*s/ Mark S. Norris*
_____
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

September 17, 2025
_____
Date